## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MOTT MACDONALD, LLC.,

    Plaintiff,

    v.

FISHBURNE DRILLING, INC.,

    Defendant.

Case No. 2:23-cv-170

## ORDER

The Court is in receipt of the parties' Joint Stipulation and Motion for Dismissal (ECF No. 8). The parties joint motion indicates that they "stipulate and move for dismissal of this proceeding with prejudice." *Id.* at 1. The Court construes this as a Joint Stipulation of Dismissal.

Accordingly, it is hereby **ORDERED** that the claims and demands of Plaintiff Mott MacDonald, LLC against Defendant Fishburne Drilling, Inc. are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

/s/

_____

Jamar K. Walker
United States District Judge

Norfolk, Virginia
July 27, 2023